IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHEILA GRADY,                          )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )        Case No.: 3:07-cv-421 DGW
                                       )
COMMISSIONER OF SOCIAL SECURITY,       )
et al.,                                )
                                       )
            Defendants.

## ORDER OF RECUSAL

The undersigned judge hereby **RECUSES** himself from further participation in this

matter.  The case is **REASSIGNED** to United States Magistrate Judge Philip M. Frazier.  All

future documents filed in the case shall bear the case number 3:07-cv-421-PMF.


**DATED:  April 29, 2008**


                                       s/ Donald G. Wilkerson
                                       **DONALD G. WILKERSON**
                                       **United States Magistrate Judge**