# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHEILA GRADY, Parental Guardian for ROBERT L. DARBY, III,<br><br>      Plaintiff,<br><br>VS.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 07-421-PMF<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision. The Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of the plaintiff Sheila Grady, Parental Guardian for Robert L. Darby, III, and against defendant, Michael J. Astrue, Commissioner of Social Security.

**DATED: June 10, 2008.**

                                                            **NORBERT G. JAWORSKI, CLERK**

                                                            **By:** *s/Deborah Agans*
                                                                   **Deputy Clerk**

**APPROVED:**

*s/Philip M. Frazier*
**Hon. Philip M. Frazier**
**United States Magistrate Judge**